IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SANTREAL L. JOHNSON,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   **CIVIL ACTION NO. 07-00616-CG-C** |
| | ) |
| **ALABAMA GLASS & MIRROR,** | ) |
| | ) |
|     **Defendant.** | ) |

## ORDER

This matter is before the court on plaintiff's motion for default judgment (Doc. 15). Default was previously entered by the clerk. (Doc. 9). On May 28, 2008, a hearing was held and plaintiff's testimony was offered to support plaintiff's claim for damages. After review of the allegations of the complaint, plaintiff's motion and supporting affidavit, and plaintiff's testimony, the court finds that plaintiff is entitled to judgment in the amount of $200,000.00.

    The effect of a default is that the defendant admits the plaintiff's well-pleaded allegations of fact. See Buchanan v. Bowman, 820 F.2d 359, 361 (11th Cir.1987). Although a defaulted defendant admits well-pleaded allegations of liability, allegations relating to the amount of damages are not admitted by virtue of default. Rather, the court determines the amount and character of damages to be awarded. See 10A CHARLES ALAN WRIGHT, ARTHUR R. MILLER & MARY KAY KANE, FEDERAL PRACTICE & PROCEDURE § 2688 (3d ed.1998).

    Plaintiff's complaint seeks compensation pursuant to Title VII for retaliation and for hostile work environment. (Doc. 1). The court finds that the record and evidence provided supports a finding that plaintiff suffered a loss of income in the amount of $40,000.00 as a result

of defendant's discrimination.  The court further finds that plaintiff should be awarded damages in the amount of $160,000.00 for pain and suffering and mental anguish.  Therefore, plaintiff's motion for default judgment (Doc. 15) is **GRANTED.**

It is hereby **ORDERED, ADJUDGED, and DECREED** that: judgment be entered against **Alabama Glass & Mirror** and in favor of **Santreal L. Johnson** in the amount of **$200,000.00** (two hundred thousand dollars).  The judgment will be entered by separate document.

**DONE and ORDERED** this 29th day of May, 2008.

/s/   Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE