IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SANTREAL L. JOHNSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 07-00616-CG-C |
| | ) |
| **ALABAMA GLASS & MIRROR,** | ) |
| | ) |
| Defendant. | ) |

**DEFAULT JUDGMENT**

In accordance with the Order entered this date, is hereby **ORDERED, ADJUDGED, and DECREED** that: judgment is entered against **Alabama Glass & Mirror** and in favor of **Santreal L. Johnson** in the amount of **$200,000.00** (two hundred thousand dollars).

**DONE and ORDERED** this 29th day of May, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

1